THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00056-MR

| | | |
|---|---|---|
| RICHARD ERIC TAYLOR, Individually and as Personal Representative of the Estate of DIANE GRUBB TAYLOR, Deceased, | ) ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | **O R D E R** |
| ALCATEL-LUCENT USA, INC., | ) ) ) | |
| Defendant. | ) ) | |

**THIS MATTER** is before the Court on the Plaintiff's motion for the admission of attorney Scott M. Hendler as counsel *pro hac vice*. [Doc. 3]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's motion [Doc. 3] is **ALLOWED**, and Scott M. Hendler is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**    Signed: March 19, 2013

Martin Reidinger
United States District Judge