IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13 CV 056

| | |
|---|---|
| RICHARD ERIC TAYLOR, Individually and as Personal Representative of the Estate of DIANE GRUBB TAYLOR, Deceased, | )<br>)<br>)<br>)<br>) |
| Plaintiff | ) |
| V | ) **ORDER** |
| ALCATEL-LUCENT USA, INC., | )<br>) |
| Defendant. | ) |

**THIS MATTER** is before the Court on Peter A. Santos's Application for Admission to Practice *Pro Hac Vice* of Amy Harmon Geddes. It appearing that Amy Harmon Geddes is a member in good standing with the South Carolina State Bar and will be appearing with Peter A. Santos, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Peter A. Santos's Application for Admission to Practice *Pro Hac Vice* (#14) of Amy Harmon Geddes is

**GRANTED,** and that Amy Harmon Geddes is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Peter A. Santos.

Signed: October 25, 2013

_____

Dennis L. Howell
United States Magistrate Judge