THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00056-MR-DLH

| | |
|---|---|
| RICHARD ERIC TAYLOR, Individually ) <br> and as Personal Representative of ) <br> the Estate of DIANNE GRUBB ) <br> TAYLOR, Deceased, ) <br> ) <br>       Plaintiff, ) <br> ) <br>   vs. ) <br> ) <br> ALCATEL-LUCENT USA, INC., ) <br> ) <br>       Defendant. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte* to require the parties to conduct an initial attorneys' conference.

Pursuant to Local Rule 16.1, the parties were required to conduct an initial attorneys' conference within fourteen (14) days of joinder of the issues and to file a certificate of initial attorneys' conference within seven (7) days thereafter. The record reflects that joinder of the issues occurred on March 27, 2014, when the Court denied the Defendant's Motion to Dismiss.

**IT IS, THEREFORE, ORDERED** that the parties shall conduct an initial attorneys' conference as soon as practicable but no later than seven

(7) days from the entry of this Order. The parties shall file a certificate of initial attorneys' conference with the Court no later than seven (7) days thereafter.

**IT IS SO ORDERED.**   Signed: May 8, 2014

Martin Reidinger  
United States District Judge