THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00056-MR-DLH

| | | |
|---|---|---|
| RICHARD ERIC TAYLOR, Individually and as Personal Representative of the Estate of DIANNE GRUBB TAYLOR, Deceased, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | **O R D E R** |
| ALCATEL-LUCENT USA, INC., | ) ) | |
| Defendant. | ) ) | |

**THIS MATTER** is before the Court *sua sponte*.

On March 20, 2015, the Court entered an Order directing the parties to file a stipulation of dismissal of this action within fourteen (14) days. The parties were advised that if no such stipulation was filed, the Court would dismiss this action on its own motion. [Doc. 23]. More than fourteen days have passed, and no stipulation of dismissal has been filed. Accordingly, the Court will dismiss this action.

**IT IS, THEREFORE, ORDERED** that this action is hereby **DISMISSED**.

The Clerk of Court is respectfully directed to close this case.

**IT IS SO ORDERED**.

Martin Reidinger
United States District Judge