# United States District Court
## Western District of North Carolina
### Asheville Division

| | | |
|---|---|---|
| Richard Eric Taylor**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:13-cv-00056-MR-DLH |
| | ) | |
| vs. | ) | |
| | ) | |
| Alcatel-Lucent USA, Inc.**,** | ) | |
| Defendant, | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 8, 2015 Order.

April 8, 2015

_Frank G. John_

Frank G. Johns, Clerk
United States District Court